UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER ROBINSON,

        Petitioner,        Case No. 1:12CV394

v.        Hon. Robert J. Jonker

SHIRLEE HARRY,

        Respondent.
        _____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 9, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 9, 2012, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that the habeas corpus petition is **DENIED** as barred by the one-year statute of limitations.

        **IT IS FURTHER ORDERED** that a certificate of appealabilIty is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED: October 31, 2012.